UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL CHRISTOPHER HUNT,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:15-mj-00289

**ORDER OF DETENTION**

    Defendant appeared before the undersigned judicial officer on December 21, 2015, with appointed counsel for a preliminary and detention hearing on the complaint, charging him with possession with intent to distribute cocaine and heroin in violation of 21 U.S.C. § 841 (a)(1); and (b)(1)(C). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstance relating to his state matter change. Accordingly, **IT IS HEREBY ORDERED** that defendant be remanded to the custody of the United States Attorney General pending further proceedings in this case.

    IT IS SO ORDERED.

Date: December 21, 2015

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge